# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DAVID KILLEBREW-BEY

      Plaintiff,

v.

CLICK N CLOSE, INC. and TROTT LAW,

      Defendants.
_____ /

Case No. 25-11539
HON. TERRENCE G. BERG

## ORDER DISMISSING CASE FOR FAILURE TO CORRECT DEFICIENCY

The complaint in this case was filed by Plaintiff on May 27, 2025. On June 2, 2025, the Court entered an Order denying Plaintiff's Application to Proceed Without Prepaying Fees or Costs. ECF No. 5. The Court directed Plaintiff to pay the filing fee or submit a corrected application to proceed without prepaying fees or costs within thirty days of the Court's Order, which was July 2, 2025. *Id.* at PageID.27-28. The Order also expressly warned Plaintiff that failure to comply with the Order would result in the dismissal of his action. *Id.* Plaintiff has not responded to the Court's Order.

In light of Plaintiff's failure to pay the filing fee, and the Court's denial of Plaintiff's application to proceed *in forma pauperis*, his complaint is subject to dismissal for want of prosecution. *See Gravitt v. Tyszkiewicz,* 14 F. App'x 348, 349 (6th Cir. 2001) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-32 (1962); Fed. R. Civ. P. 41(b)).

Accordingly, the above-captioned case is hereby **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**SO ORDERED.**

Dated: July 9, 2025

s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE